UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IVORY BRYANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1403 CDP |
| ) | |
| APPLIED SWEEPERS, LTD., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Both defendants in this case have filed discovery motions seeking to compel plaintiff to produce documents and to answer interrogatories. Plaintiff's time to file a response to the motions has expired, and the motions appear to be well-taken.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motions to compel discovery [#13], [#15] are GRANTED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2008.